

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2015

No. 04-14-00363-CV

Augustine **NWABUISI**, Rose Nwabuisi, Resource Health Services, Inc dba Resource Home
Health Services, Inc. and Resource Care Corp.,
Appellants

v.

Dana D. **MOHAMMADI**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05341
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

Panel:      Karen Angelini, Justice
           Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is
DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 3rd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court